BUCHALTER NEMER
A Professional Corporation
MICHAEL L. WACHTELL (SBN: 47218)
RICHARD P. ORMOND (SBN: 207442)
1000 Wilshire Boulevard, Suite 1500
Los Angeles, CA  90017-2457
Telephone: (213) 891-0700
Facsimile: (213) 896-0400
E-mail:  mwachtell@buchalter.com

Attorneys for DAVID J. PASTERNAK, RECEIVER

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

**CLOSED**

| | |
|---|---|
| DAVID J. PASTERNAK, Receiver,<br><br>　　　　　　Plaintiff,<br><br>　vs.<br><br>PRUDENTIAL REALTY INC., *et al.*,<br><br>　　　　　　Defendants. | Case No. SACV 05-00351 DDP-MLG<br><br>*Assigned to Hon. Dean D. Pregerson*<br><br>**STIPULATED JUDGMENT AGAINST DAVID EISENBERG** |

**IT IS HEREBY AGREED** pursuant to the Settlement and Release Agreement effective as of April 6, 2012 entered into by and between Plaintiff David J. Pasternak (the "Receiver") on the one hand, and Defendant David Eisenberg ("Eisenberg") on the other hand (the "Settlement Agreement"), that the Receiver shall recover from, and judgment shall be entered against Eisenberg in the principal sum of $400,000.000; $200,000.00 of which shall be non-dischargeable in any bankruptcy proceeding.  Eisenberg further agrees that in any bankruptcy proceeding which he may file in the future, he will not seek to have $200,000.00 of the Judgment deemed non-dischargeable and that the United States District Court for the Central District of California shall retain exclusive jurisdiction to resolve any disputes arising out of this Judgment including the provisions hereof regarding non-

1 dischargeability of a portion of this Judgment.  The Judgment to be entered against
2 Eisenberg shall be freely assignable by the Receiver.

4 Dated: _____   By:_____
                                    DAVID J. PASTERNAK, Receiver

7 Dated: _____   By:_____
                                    DAVID EISENBERG

11 **IT IS HEREBY ORDERED, ADJUDGED AND DECREED**, that the Receiver shall recover from, and judgment shall be entered against Eisenberg in the principal sum of $400,000.000; $200,000.00 of which shall be non-dischargeable in any bankruptcy proceeding.

15 **IT IS SO ORDERED**

17 Dated: March 05, 2013

Honorable Dean. D. Pregerson
UNITED STATES DISTRICT JUDGE